IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
F I L E D
UNITED STATES DISTRICT COURT
    DENVER COLORADO

   MAR 16 2020

JEFFREY P. COLWELL
              CLERK
```

Civil Action No. __1:20-cv-00099-GPG__
(To be supplied by the court)

Martin J. Flannery
_____, Plaintiff

v.

Boxer F2 L.P. dba The Elevation Hotel and Spa
_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Martin J. Flannery, 57 Woodland Dr #102, Vero Beach FL 32962
(Name and complete mailing address)

303-579-0118 mjfdesigns8@gmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Boxer F2 L.P., 720 North Post Oak Road, STE 500, Houston TX 77024
(Name and complete mailing address)

970-251-3000, email unknown; www.elevationresort.com
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Federal Fair Labor Standards Act

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Florida.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Texas and Colorado (name of state or foreign nation).

Defendant 1 has its principal place of business in Houston, TX (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

D.    **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Defendant unlawfully shorted employees of hourly wages.

Supporting facts: The facts are so numerous in documentation and blatant violation

Claim #1: Defendant unlawfully shorted employees of hourly wages for time worked on the clock.

Claim #1 Supporting facts:
The facts are so numerous in documentation and blatant violation of US Federal Fair Labor Standards Act. The Payroll time clock login system was a fingerprint check and last four of Social login at all clock INS and clock OUTS per shift of work. Emily Herbert (current or subsequent accountant after her leaving Defendant not known at present time) had edited our hours (and every employee that we know of so class action is appropriate) every single day of work. So many documents will and do support these claims for the entirety of the ownership of this hotel by "Boxer Properties" dba many different shell corporations. This is also believed to be money laundering per IRS and tax regulations.

CLAIM TWO: Employer collected tips illegally from all tipped employees in multiple dep[artments]

Supporting facts: Payroll documentation of collecting of tips from all employees for

Claim #2: Employer collected tips illegally from all tipped employees in multiple departments company wide. Then kept said tips and did not distribute to employees as earned but on some unknown percentage or set amount of actual earned wages and tips. With the direction to increase corporate profits illegally and unlawfully per Federal Fair Labor Standards Act of employees earnings.

Claim #2 Supporting facts:
Employer everyday on every shift collected all of the tips from all employees for 18% of ALL sales transactions as a tipped employee; whether it was paid for with cash, credit card, debit card, or a room charge; which is a blatant violation of the Federal Fair labor Standards Act.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Martin J. Flannery   *[signature]*
(Plaintiff's signature)

12-24-2019   revised 3-6-2020
(Date)

(Revised December 2017)

**E. REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUESTFOR RELIEF."*

1) Plaintiff requests the Court to Order the Defendants Boxer Properties doing business under any and all corporate shells, Sub-divisions, and all other owned business to cease and desist: gathering tips earned by an employee which is illegal and criminal fraud, changing hours to lesser amounts to pay employees illegally, and to rightfully acknowledge earned employee Unemployment Insurance benefits per Unemployment law. Court ordered into the future to follow all local and Federal Statutes; thereby falling Under penalty of Criminal charges on a Federal level of Jurisdiction per the appropriate Law Enforcement division for further violations of Federal Statutes and criminal law.

2) Plaintiff requests an audit of all employees worked for the extent allowed by law; for all employees on edited work hours to lesser amounts, tips collected illegally by the Defendant Company, overtime earned by employees, and Unemployment Insurance benefits rightfully deserved by all employees illegally perjured in Unemployment Hearings from employer. Award Monetary damages due to all employees from Defendants illegal activities per the Federal Fair Labor Standards Act and perjury fraud in Unemployment Hearings in all States Defendant runs business with employees.

CLAIM 3 : Felony perjury in Unemployment hearings against employee claimants for the illegal behavior of employer.

Supporting facts: I have documentation showing employer lied and committed

Claim #3 Felony perjuries in Unemployment hearings against employee claimants for the illegal behavior of employer.

Supporting facts:
I have documentation showing employer lied and committed felony perjury in sworn testimony under oath to the Colorado Department of Labor for Unemployment Insurance benefits. Employer committed perjury stating that keeping employee tips then distributing as they saw fit was legal. IT IS NOT LEGAL. It is in clear violation of the Federal Fair Labor Standards Act. This specifically refers to editing down an employees hours and the collection of tips by employer. Collecting employee tips which by this regulation is clearly the ownership of the employee at all times, and not the employer at any time for any reason. Colorado Department of Labor Hearing officer was clearly "in bed with" the Defendant is some illegal corroboration.