IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00099-DDD-STV

MARTIN J. FLANNERY,

    Plaintiff,

v.

BOXER F2 L.P.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Judge Daniel D. Domenico **(Doc. #112)** filed on February 25, 2022, ADOPTING the Report and Recommendation of the Magistrate Judge **(Doc. #111)** to grant the defendant's Motions for Partial Summary Judgment, it is

ORDERED that judgment is entered in favor of defendant BOXER F2 L.P. and against plaintiff MARTIN FLANNERY, in accordance with Doc. #112.

The case is closed.

DATED this 25th day of February, 2022.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/P. Glover
                                  Deputy Clerk